

**@ BELLSOUTH®**

## WEB E-MAIL

⌂ Home  ✉ E-mail  ▯ E-Greetings  ❓ **Help & Technical Support**        En Español ▶

Search   The Web                   **GO** More     Powered by **Google**

You are currently signed in - Logout

**Compose New Message**   **Reply**   **Reply All**   **Forward**   Move To: (Choose Folder)   ✗ **Delete**   ↓ **Next**   ↑ **Back**   🖨 **Print**

**Folders**

📁 **Inbox**

✉ **Sent Mail**

🅰 **Drafts**

🗑 **Trash**

Create/Edit Folders

**Options**

Address Book
POP Mail
Manage SPAM
Preferences
E-Mail Help

See Your Credit Score: $0

Comparison shop with
BellSouth & save money

Try BellSouth Webtunes
today

Get a FREE Multi-Room
DIRECTV® System

---

**From:** "RON PARKER" <rkparker@ptd.net> Add to Address Book    ☒ Close
**Date:** 2007/02/27 Tue PM 09:03:56 EST
**To:** "bruce helander" <brucehelander1@bellsouth.net>
**CC:** <dbinns@aol.com> Add to Address Book
**Subject:** stupidity

Bruce, what a stupid email to send Mario.
If Don does not want me at a meeting, you should tell me and I will not be there.  In fact, I am now not going to ny.
What you have demonstrated is that your poisoning Don re Ron was so negative and your attempts to neutralize it were so pathetic, that you are, again, another failure in trying to structure a deal to get you out  of your self imposed crisis.  Since I never told Mario of our conflict, in order to protect you, I will  now be free to tell Mario and anyone else what a lying, irresponsible bastard you are.
Don and his two  artists are doomed as anyone can see.  Your only hope was to create something  bigger and better quickly.  Or perhaps to milk Don as long as possible.   Don should ask Paul Fisher what his DC sales have been each of the last five years.  He is third rate in the sales department.
All of your acting so 'busy' working is a joke. You would not know a priority if it bit you in the butt......why don't we run off to Dubai and waste some time and money; how about a Playboy party to network; better still, let's get some Robb Report and Banking clients together....or how about this......let's have a party for Tippy!!
     Your history is about smoke and mirrors....not substance.  Stop running around in circles, stop rearranging the deck chairs on the Titanic, and knock on some fucking gallery doors and make a sale!!!
     You will fail at art expo, you will fail in making significant sales and Don will terminate you. You don't know the commercial art business, you don't have any personal contacts with the players and you don't have any valid art to sell them.
     You did not know  what the fuck you were doing in the silk mill condo conversion, you pissed your money away, and then you blame me for your stupid decisions.  Your last stupid acts are to commit perjury before the courts of PA, to steal money from your 'friend'  Milo, to not pay your hourly worker, your architect, your engineer and your contractor.  You the big, ego developer who did not know his ass from his elbow and now you want to blame me for your failures and to make me the evil one.  Don is not stupid; if he saw all  of the contracts, amendments and  paper trail, he would know who the bull shitter and lying evil person is----you not me.
     Take responsibility for your life.  Get focused.   You are running around wasting time and Don's money.  I think 40 years of daily pot smoking has ruined most of your gray matter........I simply cannot believe how a guy as nice as you are in person could be so irresponsible with your (and Don's) time and money.  Did you ever figure out why the Armory fired you?  Why you really have never made any serious money in your life?  Why your gallery investor had to sue you?   Why your investors lost $11,000,000 on your magazine, ArtExpress?
     Your behavior toward me and you mismanagement of the silk mill project is pathetic.  More pathetic, however, is that I alone gave you an opportunity with Mario  and Rami to launch you and Don into the real art business by buying a profitable art company.....and you even screw that up...... self destructive ? or incompetent ?
     Tell the truth for a change and maybe you have a future if you    can focus and sell rather waste your time and Don's money doing that dumb Palm Beach p.r. stuff which does not result in sales.
      Oh, and also take responsibility for your decisions.........neither the devil nor Ron made you do anything.   You are 60 years old and you made all of the decisions that caused you to

repeatedly screw up your life.

Ron

| Reply | Reply All | Forward | Move To: (Choose Folder) | ✖ Delete | ↓ Next | ↑ Back | 🖨 Print |

**Need help with your e-mail? <u>View solutions to common issues</u>.**

<u>BellSouth</u> | <u>Advertising</u> | <u>Help</u> | <u>Service Agreement</u> | <u>Legal Notices</u> | <u>Privacy Policy</u> | <u>Contact Us</u>
Copyright 2004 BellSouth Corp. All Rights Reserved