Henry R. Kaufman, P.C.
Henry R. Kaufman (HK-7283)
11 East 44th Street, Suite 900
New York, NY 10017
(212) 880-0842
Attorneys for Defendants

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____              │
│ DATE FILED: OCT 2 6 2007    │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRUCE HELANDER,

         Plaintiff,

    - v. -

RON PARKER and
PARKER AND PARKER CONSULTING,

         Defendants.

07-CV-8058 (LTS)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that the time for Defendants to answer or move with respect to the Complaint herein, be and hereby is extended from on or about November 1, 2007 to November 30, 2007.

IT IS HEREBY FURTHER STIPULATED AND AGREED that defendants will retain all defenses or objections to the lawsuit, or to the jurisdiction or venue of the court, except for objections based on a defect in the summons or in the service of the summons and complaint.

Dated: New York, New York
October 25, 2007

*[signature]*
Henry R. Kaufman (HK-7283)
Attorneys for Defendants
11 East 44th Street, Suite 900
New York, NY 10017
(212) 880-0842

SO ORDERED.
*[signature]* 10/26/2007
**LAURA TAYLOR SWAIN U.S.D.J.**

*[signature]*

David C. Holland, Esq. (DH-9718)
The Law Offices of Michael
Kennedy, P.C.
Attorneys for Plaintiff
419 Park Avenue South
New York, New York 10016

2