LAW OFFICES OF
MICHAEL KENNEDY
A PROFESSIONAL CORPORATION
419 PARK AVENUE SOUTH
16TH FLOOR
NEW YORK CITY 10016
TELEPHONE (212) 935 4500
TELEFAX (212) 980-6881

MICHAEL KENNEDY NY & CA BARS
ROBERTO A. RIONDA NY & CA BARS
DAVID CLIFFORD HOLLAND NY, NJ & MD BARS

ELEANORE KENNEDY
TRIAL CONSULTANT

```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____            │
│ DATE FILED: NOV 28 2007     │
└─────────────────────────────┘
```

November 27, 2007

BY FAX: 212-805-0426
AND REGULAR MAIL

The Hon. Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Helander v. Ron Parker, et al.
     07-CV-8058 (LTS)

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do [not fax ___] certification to Chambers.

Dear Judge Swain:

I am writing on behalf of myself and opposing counsel requesting an adjournment of the December 21, 2007 preliminary conference to January 18, 2008 or any date thereafter that is convenient to the Court.

The reason for such adjournment is that defendants will be asserting a counterclaim with their Answer that is due to be filed on November 30th. Plaintiff will expeditiously file a Reply to the Counterclaim in late December and then both sides will commence discovery production as quickly as possible in accordance with the federal and local rules.

I hope that this adjournment request does not terribly inconvenience the Court and look forward to meeting with you at the rescheduled date that you choose.

Copies faxed to P/A Counsel
Chambers of Judge Swain  11-28-07

Sincerely,

David C. Holland, Esq.

*The conference is adjourned to January 28, 2008 at 4:30pm and the related deadlines are modified accordingly.*

SO ORDERED.

LAURA TAYLOR SWAIN  11/27/07
UNITED STATES DISTRICT JUDGE

cc:  Henry R. Kaufman, Esq.
     212-983-0415
     (BY FAX ONLY)