LAW OFFICES OF
MICHAEL KENNEDY
A PROFESSIONAL CORPORATION
419 PARK AVENUE SOUTH
16TH FLOOR
NEW YORK CITY 10016
TELEPHONE (212) 938 4500
TELEFAX (212) 980-6881

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 8 2007
```

MICHAEL KENNEDY  NY & CA BARS
ROBERTO A. RIONDA  NY & CA BARS
DAVID CLIFFORD HOLLAND  NY, NJ & MD BARS

ELEANORE KENNEDY
TRIAL CONSULTANT

December 17, 2007

BY FAX: 212-805-0426
AND REGULAR MAIL

The Hon. Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  Helander v. Ron Parker, et al.
     07-CV-8058 (LTS)

**MEMO ENDORSED**

Dear Judge Swain:

I am writing on behalf of myself and opposing counsel requesting an adjournment of the January 28, 2008 preliminary conference to February 22, 2008 or any date thereafter that is convenient to the Court.

The reason for such adjournment is that additional time is needed to answer the counterclaim raised by defendants and for discovery to be voluntarily exchanged between the parties.

I hope that this adjournment request will not be too inconvenient to the Court.

Sincerely,

David C. Holland, Esq.

cc:  Henry R. Kaufman, Esq.
     212-983-0415
     (BY FAX ONLY)

*The conference is adjourned to February 22, 2008, at 10:45AM.*

SO ORDERED.

_____ 12/17/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE